In the Matter of MARIA-LUCIA ANGHEL, Appellant, v RICHARD F. DAINES, as Commissioner of Health, et al., Respondents.

Submitted November 15, 2010; decided January 18, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution and is not an order of the type provided for in CPLR 5602 (a) (2).

In the Matter of BRENDAN N., a Neglected Child. COLUMBIA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; ARTHUR N., Appellant. (And Other Proceedings.)

Submitted December 20, 2010; decided January 18, 2011

Motion for leave to appeal denied. Motion for a stay dismissed as academic.

In the Matter of MERCEDES CASADO et al., Respondents, v MARVIN MARKUS, as Chair of the New York City Rent Guidelines Board, et al., Appellants.

Submitted January 10, 2011; decided January 18, 2011

Motion by Council of the City of New York for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK, Appellant, v COLLEEN MCGRAHAM, Respondent.

Submitted December 27, 2010; decided January 18, 2011

Motion to dismiss appeal denied.